JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TELEVISA, S.A. de C.V., et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERMAN BROADCASTING, INC., et al.<br><br>Defendants. | ) Case No. CV  12-9344 DSF (SHx)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

_____

Plaintiffs not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED:      November 13, 2012

DALE S. FISCHER
United States District Judge