JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEVISA, S.A. de C.V., et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br>LIBERMAN BROADCASTING, INC., et al.<br>　　　　　Defendants.<br>_____ | Case No. CV 12-9344 DSF (SHx)<br><br><br>JUDGMENT |

Plaintiffs not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: November 13, 2012

_____
DALE S. FISCHER
United States District Judge